**Motion Granted; Appeal Dismissed and Memorandum Opinion filed January 17, 2013.**



**In The**

# Fourteenth Court of Appeals

### NO. 14-12-00126-CV

**ALBERT ORTIZ, Appellant**

**V.**

**THE JUNELL LAW FIRM, SANDERS & JUNELL P.C., MARK JUNELL, INDIVIDUALLY, AND BERGMAN ADR GROUP, Appellees**

**On Appeal from the 55th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2011-24922**

## M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed October 31, 2011. On January 14, 2013, appellant filed a motion to dismiss the appeal because the case has been settled. *See* Tex. R. App. P. 42.1. The motion is granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Justices Christopher, Jamison, and McCally.